**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on September 22, 2017**

_____
**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 15−28918−RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alberto Miguel Muxo
7740 SW 183 Terrace
Miami, FL 33157

SSN: xxx−xx−0997

# FINAL DECREE

The trustee, Soneet Kapila, having filed a final report that the estate has been fully administered, is discharged and the case is closed.